L. M. Koon, Plaintiff in Error, v. Jos. Rosenheim Shoe Company, a corporation, Defendant in Error.

Filed February 2, 1916.

Writ of Error to Circuit Court, Columbia County; M. F. Horne, Judge.

Judgment affirmed.

*J. B. Hodges,* for Plaintiff in Error;

*C. W. Layton* and *J. W. Shands,* for Defendant in Error.

---

J. S. Sheffield, Appellant, v. Salem Turpentine Company, a corporation, Appellee.

Filed February 5, 1916.

Appeal from Circuit Court, Taylor County; M. F. Horne, Judge.

Order affirmed.

*W. T. Hendry,* for Appellant;

*W. B. Davis,* for Appellee.

---

W. D. Allen, Appellant, v. C. B. Witt Company, a corporation under the laws of Florida, Appellee.

Filed February 5, 1916.

Appeal from Circuit Court, Hillsborough County; F. M. Robles, Judge.

Decree affirmed.

*H. P. Bailey* and *Borchardt & Borchardt,* for Appellant;

*Altman & Morrow,* for Appellee.

---

National Life Insurance Company of the United States of America, a corporation, Plaintiff in Error, v. Mary E. Bowen and N. H. Bowen, her husband, Defendants in Error.

Filed February 5, 1916.

Writ of error to Circuit Court, Orange County; James W. Perkins, Judge.

Judgment affirmed.

*Massey & Warlow,* for Plaintiff in Error;

*John M. Cheney,* for Defendants in Error.

---

Willett Groover, Plaintiff in Error, v. James Neal, Defendant in Error.

Filed February 5, 1916.